NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2021-CA-0129

State of Louisiana, Department of Social Services Support
Enforcement Services, in the interest of J.M. minor
child(ren) of R.M.

- - Versus - -

F.C.S., Jr.

22nd Judicial District Court
Case #: 50692
St. Tammany Parish

On Application for Rehearing filed on 10/21/2021 by F.C.S., Jr.
Rehearing _____ **DENIED** _____

J. M. M
by WIE
_____
J. Michael McDonald

_____
Walter I. Lanier

E. W
by WIE
_____
Elizabeth Wolfe

Date ___ **NOV 0 4 2021** _____

_____
Rodd Naquin, Clerk